**Jane Ann MCCORKLE, Plaintiff–Appellant,**

v.

**DPIC COMPANIES, INCORPORATED; Security Insurance Company of Hartford, a foreign corporation authorized to do business in the state of West Virginia, incorporated in Connecticut; The Connecticut Indemnity Company, a foreign corporation authorized to do business in the state of West Virginia, incorporated in Connecticut; The Orion Capital Companies, Incorporated, a foreign corporation authorized to do business in the state of West Virginia, incorporated in Connecticut, Defendants–Appellees.**

No. 01–2402.

United States Court of Appeals, Fourth Circuit.

Submitted June 20, 2002.

Decided June 25, 2002.

Jeffrey V. Mehalic, Law Offices of Jeffrey V. Mehalic, Charleston, West Virginia, for Appellant. Gerard R. Stowers, Stuart A. McMillan, Bowles, Rice, McDavid, Graff & Love, P.L.L.C., Charleston, West Virginia, for Appellees.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Jane Ann McCorkle appeals the district court's orders: (1) granting summary judgment to the defendants on her claim under the West Virginia Unfair Claims Settlement Practice Act, W. Va.Code Ann. § 33–11–4(9) (Michie 2000), and (2) denying her motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *McCorkle v. DPIC Companies, Inc.,* No. CA–98–755–3 (S.D.W. Va. Sept. 14, 2002; Oct. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*